No. —, original. Ex parte Williams. November 7, 1932. The motion for leave to file a petition for a writ of habeas corpus is denied without prejudice to appropriate application to the proper District Court of the United States or Judge. *Mr. Joseph Williams, pro se.*